IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                                                                            Civil No. 10-214 LH/RHS
                                                                                                                     Crim. No. 07-1169 LH

O'NEIL WRIGHT,                                                                      Crim. No. 08-933 LH

    Defendant/Movant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge ("PFRD") **[Doc. 8]**. No objections have been filed to the PFRD. Having considered the same, the Court will adopt the Magistrate Judge's PFRD, deny Mr. Wright's motion pursuant to 28 U.S.C. § 2255 and dismiss this civil proceeding.

    **WHEREFORE,**

    **IT IS ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge **[Doc. 8]** are adopted by the Court, Mr. Wright's motion filed pursuant to 28 U.S.C. § 2255 **[Doc. 1]** is denied, and this civil proceeding is dismissed with prejudice.

    **IT IS FURTHER ORDERED** that any pending motions are denied as moot.

_____
SENIOR UNITED STATES DISTRICT JUDGE